DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LECEDRIC PRENTICE HARRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3285

[September 14, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562018CF001394A.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Kovaleski v. State*, 103 So. 3d 859 (Fla. 2012). On the issue of costs, reversal is not warranted because the State has identified costs which total the $418 imposed. *Cf. Bartolone v. State*, 327 So. 3d 331, 337 (Fla. 4th DCA 2021) (reversing where the "trial court did not cite to any other mandatory costs, and **the State has not identified costs which would total $418**") (emphasis supplied).

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***